## PEOPLE *v.* STOCKFISH.

This case is controlled by *People* v. *Hancock, ante,* 471; *People* **v.** *Omacht, ante,* 505; and *People* v. *Cooper, ante,* 514.

REID and BUSHNELL, JJ., dissenting.

Appeal from Ingham; Simpson (John), J., presiding. Submitted May 19, 1949. (Docket No. 71, Calendar No. 42,952.) Decided January 9, 1950. Rehearing granted February 28, 1950. See 328 Mich 171.

Walter N. Stockfish and others were convicted of a conspiracy to corrupt the legislature of the State of Michigan by bribery. Affirmed.

*Stephen J. Roth,* Attorney General, *Edmund E. Shepherd,* Solicitor General, *Daniel J. O'Hara,* Assistant Attorney General, and *Richard B. Foster,* Special Assistant Prosecuting Attorney, for the people.

*Stephen A. Majewski,* for appellant.

BUSHNELL, J. (*dissenting*). This defendant was one of the legislators indicted, convicted, and sentenced in the trial in which defendants Hancock, Omacht and Cooper were convicted. He adopted the briefs of the other appellants, and asks that the warrant and information be dismissed or a new trial granted.

Because of the views expressed in *People* v. *Omacht, ante,* 505, Stockfish also should be granted a

new trial. His conviction should be reversed and a new trial should be ordered.

REID, J., concurred with BUSHNELL, J.

NORTH, J. In this case Mr. Justice BUSHNELL has written for reversal. I cannot concur in that result. Instead the conviction of this defendant is affirmed for reasons set forth in our opinions handed down herewith affirming convictions in *People* v. *Hancock, ante,* 471; *People* v. *Omacht, ante,* 505, and *People* v. *Cooper, ante,* 514.

BOYLES, C. J., and SHARPE, J., concurred with NORTH, J.

DETHMERS, BUTZEL, and CARR, JJ., did not sit.